SOUTHERN DISTRICT OF NEW YORK

TRAVELERS PROPERTY CASUALTY CO. OF AMERICA a/s/o Bernd Goeckler Antiques, Inc. and other interested insureds,

-v-

GODFREY'S REFRIGERATION- AIR CONDITIONING INC.

Defendant.

08 CIV 4050

Case No. _____

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for TRAVELERS PROPERTY CASUALTY CO OF AMERICA (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Please see addendum

Date: April 22, 2008

Signature of Attorney

Attorney Bar Code: 5388

Addendum to Rule 7.1 Corporate Disclosure Statement:
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA is an indirect wholly-owned subsidiary of the St. Paul Travelers Companies, Inc., a publicly traded company. Counsel for TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

- The Standard Fire Insurance Company
- The Travelers Indemnity Company or
- Travelers Casualty and Surety Company
- Farmington Casualty Company
- The Automobile Insurance Company of Hartford, Connecticut
- The Charter Oak Fire Insurance Company
- The Phoenix Insurance Company
- The Travelers Home and Marine Insurance Company
- The Travelers Indemnity Company of America
- The Travelers Indemnity Company of Connecticut
- Travelers Property Casualty Company of America (formerly known as the Travelers Indemnity Company of Illinois; name change effective 01/01/04)
- The Travelers Lloyds Insurance Company
- TravCo Insurance Company
- Travelers Casualty Insurance Company of America (formerly known as Travelers Casualty and Surety Company of Illinois; name change effective 01/01/04)
- Travelers Casualty Company of Connecticut
- Travelers Commercial Insurance Company
- Travelers Excess and Surplus Lines Company
- Travelers Lloyds of Texas Insurance Company
- Travelers Personal Security Insurance Company
- Travelers Property Casualty Insurance Company
- Travelers Personal Insurance Company (formerly known as Travelers Property Casualty Insurance Company of Illinois; name change effective 01/01/04)
- St. Paul Insurance Company
- USF&G Insurance Company
- St. Paul Fire and Marine Insurance Company
- St. Paul Mercury Insurance Company