OUR FILE NUMBER: RC 36-29498 (JMR/RMF-6)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TRAVELERS PROPERTY CASUALTY CO. OF
AMERICA a/s/o Bernd Goeckler Antiques Inc., and
other interested insureds under the policy of insurance,

                                      Plaintiff,

- against -

GODFREY'S REFRIGERATION-AIR CONDITIONING
INC.,

                                      Defendant.
------------------------------------------------------------------X

Case No. 08 CIV 4050

Rule 7.1 Statement

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for **defendant, GODFREY'S REFRIGERATION-AIR CONDITIONING INC.** (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

      **The defendant is not a publicly held corporation.**

Dated: May 23, 2008

_____
RICHARD M. FEDROW, ESQ.
Attorney Bar Code: 2059
BIVONA & COHEN, P.C.
Attorneys for Defendant
**GODFREY'S REFRIGERATION-AIR CONDITIONING INC.**
Wall Street Plaza, 88 Pine St., 17th FL
New York, New York 10005
(212) 363-3100

STATE OF NEW YORK )
                              ss:
COUNTY OF NEW YORK )

ESTA SEIDMAN, being duly sworn, hereby deposes and says as follows:

I am not a party to this action and I am over the age of eighteen (18) years and reside in Suffolk County, New York.

On May __, 2008, I served the within **RULE 7.1 STATEMENT** on the attorneys and parties listed below at the addresses designated by said attorneys and parties for that purpose, by depositing a true copy of same enclosed in a post-paid properly addressed wrapper, in a post-office-official depository, under the exclusive care and custody of the United States Postal Service within New York State.

                                              *[signature]*
                                              ESTA SEIDMAN

TO:
SHEPS LAW GROUP, P.C.
*Attorneys for Plaintiffs*
35 Pinelawn Road, Suite 106E
Melville, New York 11747
(631) 249-5600
Your File No.: 6777

Sworn to before me
May __, 2008

_____
NOTARY PUBLIC

RICHARD M. FEDROW
Notary Public, State of New York
No. 30-4618986
Qualified in Nassau County
Commission Expires May 31, 20__